In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-16-00321-CR
_____

## DAVID GLIGOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-10-10552-CR**

## MEMORANDUM OPINION

David Gligor has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on November 1, 2016
Opinion Delivered November 2, 2016
Do Not Publish
Before Kreger, Horton, and Johnson, JJ.

1